**Outstanding PlusPharma Invoices**

| Divi | Country | Cust. No. | Customer Name | Inv. No. | Amount USD | Amount CHF | Currency | Invoice Date | Mat. Date |
|---|---|---|---|---|---|---|---|---|---|
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406851 | 31,200.00 | 35,892.48 | USD | 12/16/2004 | 3/16/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8305829 | 600.00 | 789.60 | USD | 10/16/2003 | 1/14/2004 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8405955 | 1,632.00 | 1,955.95 | USD | 1/14/2004 | 2/2/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8405956 | 9,162.00 | 10,980.66 | USD | 1/14/2004 | 2/2/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8405957 | 2,400.00 | 2,876.40 | USD | 1/14/2004 | 2/2/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406087 | 2,160.00 | 2,566.94 | USD | 11/11/2004 | 2/9/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406088 | 3,900.00 | 4,634.76 | USD | 11/11/2004 | 2/9/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406089 | 1,612.00 | 1,915.70 | USD | 11/11/2004 | 2/9/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406090 | 6,050.00 | 7,189.82 | USD | 11/11/2004 | 2/9/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406091 | 7,070.00 | 8,401.99 | USD | 11/11/2004 | 2/9/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406092 | 1,736.00 | 2,063.06 | USD | 11/11/2004 | 2/9/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406093 | 866.00 | 1,029.15 | USD | 11/11/2004 | 2/9/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406094 | 9,000.00 | 10,695.60 | USD | 11/11/2004 | 2/9/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406240 | 3,654.00 | 4,311.72 | USD | 11/17/2004 | 2/15/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406241 | 1,280.00 | 1,510.40 | USD | 11/17/2004 | 2/15/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406242 | 5,500.00 | 6,490.00 | USD | 11/17/2004 | 2/15/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406243 | 4,260.00 | 5,026.80 | USD | 11/17/2004 | 2/15/2005 |
| 100 | 078 | 0262674 | PlusPharma Incorporated | 8406244 | 3,860.00 | 4,554.80 | USD | 11/17/2004 | 2/15/2005 |
|  |  |  |  |  | **95,942.00** | **112,885.84** |  |  |  |

Ex. A